## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT
## EASTERN DIVISION

| | |
|---|---|
| ROBERT GUZIAK, | |
| Plaintiff, | Case No.: 17-CV-7441 |
| vs. | |
| STAR ROOFING AND SIDING, INC., et al., | Judge Jorge L. Alonso |
| Defendants. | |

### NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Robert Guziak, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files this notice of dismissal to dismiss the above-captioned case with prejudice and without costs or fees to any party. Defendants have not filed an answer or other responsive pleading or motion for summary judgment.

Respectfully submitted this 29 day of March, 2018

**Robert Guziak, Plaintiff**

By: _____

**One of His Attorneys**

Marty Denis
(mdenis@bkd-law.com)
Barlow, Kobata & Denis LLP
525 West Monroe, Ste. 2360
Chicago, Illinois 60661

8622918_1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice referenced herein, upon the parties listed below:

Camille N. Khodadad
Much Shelist
191 North Wacker Drive
Suite 1800
Chicago, IL 60606.1615
Email: ckhodadad@muchshelist.com

by electronic notice from Chicago Illinois, before the hour of 5:00 p.m. on March 29, 2018.

By: _____

Marty Denis
(mdenis@bkd-law.com)
Barlow, Kobata & Denis LLP
525 West Monroe, Ste. 2360
Chicago, Illinois 60661

8622918_1